CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

HERMAN HOFMILLER PETTEGROVE (SBN: 74904)
hhpettegrove@earthlink.net
1350 Main Street
Venice, CA 90291
Telephone: (310) 392-5400
Facsimile: (310) 392-5441
Attorney for Defendants
Charles Beckman and Loling Beckman

MICHAEL HOFFMAN (SBN: 162496)
mhoffman@arenahoffman.com
ALEX W. CRAIGIE (SBN: 167766)
acraigie@arenahoffman.com
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 3520
San Francisco, CA 94104-4828
Telephone: (415) 433-1414
Facsimile: (415) 520-0446
Attorneys for Defendant
Autozone West LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>          Plaintiff,<br><br>v.<br><br>CHARLES BECKMAN;<br>LOLING BECKMAN;<br>AUTOZONE WEST LLC, a Nevada Limited Liability Company; and Does 1-10,<br><br>          Defendants. | Case No.: 2:18-CV-03443-JAK-JC<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: September 20, 2018        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated: September 20, 2018

By: /s/ Herman Pettegrove_____
    Herman Hofmiller Pettegrove
    Attorney for Defendants
    Charles Beckman and Loling Beckman

Dated: September 20, 2018        ARENA HOFFMAN LLP

By: /s/ Alex Craigie_____
    Michael Hoffman
    Alex Craigie
    Attorney for Defendant
    Autozone West LLC

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Herman Hofmiller Pettegrove and Alex W. Craigie, counsels for Charles Beckman, Loling Beckman and Autozone West LLC, respectively, and that I have obtained Mr. Pettegrove's and Mr. Craigie's authorization to affix their electronic signature to this document.

Dated: September 20, 201  CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
   Phyl Grace
   Attorneys for Plaintif