| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048 |
|   | Raymond Ballister Jr., Esq., SBN 111282 |
| 3 | Phyl Grace, Esq., SBN 171771 |
|   | Dennis Price, Esq., SBN 279082 |
| 4 | Mail: PO Box 262490 |
|   | San Diego, CA 92196-2490 |
| 5 | Delivery: 9845 Erma Road, Suite 300 |
|   | San Diego, CA 92131 |
| 6 | (858) 375-7385; (888) 422-5191 fax |
|   | phylg@potterhandy.com |
| 7 | Attorneys for Plaintiff |
| 8 | |
|   | HERMAN HOFMILLER PETTEGROVE (SBN: 74904) |
| 9 | hhpettegrove@earthlink.net |
|   | 1350 Main Street |
| 10 | Venice, CA 90291 |
|    | Telephone: (310) 392-5400 |
| 11 | Facsimile: (310) 392-5441 |
|    | Attorney for Defendants |
| 12 | Charles Beckman and Loling Beckman |
| 13 | |
|    | MICHAEL HOFFMAN (SBN: 162496) |
| 14 | mhoffman@arenahoffman.com |
|    | ALEX W. CRAIGIE (SBN: 167766) |
| 15 | acraigie@arenahoffman.com |
|    | ARENA HOFFMAN LLP |
| 16 | 44 Montgomery Street, Suite 3520 |
|    | San Francisco, CA 94104-4828 |
| 17 | Telephone: (415) 433-1414 |
|    | Facsimile: (415) 520-0446 |
| 18 | Attorneys for Defendant |
|    | Autozone West LLC |
| 19 | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 22 | NEHEMIAH KONG, | Case: 2:18-CV-03443-JAK-JC |
| 23 | Plaintiff, | |
| 24 | v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| 25 | CHARLES BECKMAN; LOLING BECKMAN; AUTOZONE WEST LLC, a Nevada Limited Liability Company; and Does 1-10, | |
| 28 | Defendants. | |

1

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 29, 2018        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
  Phyl Grace
  Attorneys for Plaintiff

Dated: 9/24/2018

By: /s/ Herman H. Pettegrove
  Herman Hofmiller Pettegrove
  Attorney for Defendants
  Charles Beckman and Loling Beckman

Dated:        ARENA HOFFMAN LLP

By: _____
  Michael Hoffman
  Alex Craigie
  Attorney for Defendant
  Autozone West LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Herman Hofmiller Pettegrove and Alex W. Craigie, counsels for Charles Beckman, Loling Beckman and Autozone West LLC, respectively, and that I have obtained Mr. Pettegrove's and Mr. Craigie's authorization to affix their electronic signature to this document.

Dated: October 29, 2018         CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff